UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF MICHIGAN
SOUTHERN DIVISION

TRACY AND JULIE
POWERS in their own right and on behalf of
K.P., a minor child

    Plaintiffs,                              Case No. 2:11−cv−14689

v.                                      Hon. George Caram Steeh

LITTLE RAINBOWS LLC

    Defendant.
_____/

| Michigan Protection & Advocacy Service, Inc. | Blanco Wilczynski, PLLC |
|---|---|
| Crystal M. Grant (P71488) | Orlando L. Blanco (P34480) |
| Chris E. Davis (P52159) | Derek S. Wilczynski (P57079) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 4095 Legacy Parkway, Ste. 500 | 2095 E. Big Beaver Rd., Ste. 400 |
| Lansing, MI 48911 | Troy, MI 48083 |
| Phone: (517) 487-1755 | (248) 519-9000 |
| Email: cgrant@mpas.org, cdavis@mpas.org | olb@blancopc.com, |
| | dsw@blancopc.com |

_____/

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated by the parties that this case be dismissed with prejudice and without costs to either party and that the dismissal resolves all pending claims before the Court.

On February 28, 2012, I consented to the form and content of this Order:


/s/ Crystal M. Grant                                  /s/ with consent of
Michigan Protection & Advocacy Service, Inc.   Blanco Wilczynski, PLLC
Crystal M. Grant (P71488)                         Orlando L. Blanco (P34480)
4095 Legacy Parkway, Ste. 500                    2095 E. Big Beaver Rd., Ste. 400
Lansing, MI 48911                                  Troy, MI 48083
Phone: (517) 487-1755                             (248) 519-9000
cgrant@mpas.org                                    olb@blancopc.com


## ORDER OF DISMISSAL

The Court having read and reviewed the Stipulation of the parties, and the Court being otherwise advised in the premises; NOW, THEREFORE,

IT IS ORDERED that this case is dismissed with prejudice and without costs to either party.


                                    s/George Caram Steeh
                                    United States District Judge

Dated:  February 29, 2012